UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RODRICK JONES, #281804,

    Petitioner,

v.

    Case No. 2:18-cv-12716
    Honorable Nancy G. Edmunds

Ms. LaMONTAGNE,

    Respondent.
_____/

## ORDER DISMISSING THE HABEAS CORPUS PETITION WITHOUT PREJUDICE

On August 30, 2018, state prisoner Rodrick Jones filed a *pro se* petition for the writ of habeas corpus. *See* Dkt. #1. On September 10, 2018, Magistrate Judge R. Steven Whalen ordered Jones to pay the filing fee for his petition or to apply for permission to proceed *in forma pauperis* within twenty-one days from the date of the order. *See* Dkt. #3. Magistrate Judge Whalen also stated in his order that a failure to comply with the order could result in the dismissal of this action. On October 3, 2018, Magistrate Judge Whalen's order was returned to the Clerk of the Court with the following notation:

    Return to Sender
    Refused
    Unable to Forward

Since then, Petitioner has not communicated with the Court, informed the Court of any change in his address, or demonstrated any interest in pursuing this lawsuit. Accordingly, the habeas petition is dismissed without prejudice for failure to prosecute. *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-33 (1962); Fed. R. Civ. P. 41(b); LR 41.2.

    /s/ Nancy Edmunds
    NANCY G. EDMUNDS
    UNITED STATES DISTRICT JUDGE

Dated: 11-5-18